**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------------- x

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB51, <br><br> and <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB55, <br><br> and <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB57, <br><br> and <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB58, <br><br> and <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB61, <br><br> and <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES | Case No. <br> 2:19-cv-17865-MCA-LDW |

| | |
|---|---|
| CORP. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB64, | : : : |
| Plaintiffs, | : : |
| -against- | : : |
| ENGLEWOOD FUNDING, LLC; LENOX TEMPLE LLC; LENOX LIBERTY LLC; LENOX HUDSON LLC; PLAINFIELD NORSE, LLC; HACKENSACK NORSE LLC; POST AVENUE VENTURES, LLC; FLR VENTURES LLC; BROOKLAWN NORSE, LLC; PENN NORSE LLC; GARFIELD NORSE LLC; ELIZABETH NORSE LLC; SUSSEX NORSE LLC; ATLANTIC NORSE LLC; CLIFTON DL VENTURES LLC; BAYONNE BROADWAY NORSE LLC; 137-139 THIRD NORSE LLC; PASSAIC NORSE LLC; PERTH NB VENTURES LLC; 2680 KENNEDY VENTURES LLC; and SETH LEVINE, | : : : : : : : : : : : |
| Defendants. | : |

----------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Eric D. Herschmann withdraws his appearance in this action on behalf of intervenor Ascend Re Partners II, LLC ("Ascend"). Ascend will continue to be represented by Bruce H. Nagel and Robert H. Solomon of Nagel Rice LLP, and Israel J. Atkin from Kasowitz Benson Torres LLP.

Respectfully submitted,

Dated: August 13, 2020    By: /s/ Eric D. Herschmann

Eric D. Herschmann, Esq.
210 Lavaca Street, Suite 1903
Austin, TX 78701
(512) 551-3344

*Withdrawing Attorney for*
*Ascend Re Partners II, LLC*

2

## **CERTIFICATE OF SERVICE**

      I, Eric D. Herschmann, hereby certify that this Notice of Withdrawal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 13, 2020.

                                                        /s/ Eric D. Herschmann
                                                          Eric D. Herschmann