SILLS CUMMIS & GROSS P.C.
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Attorneys for Court-Appointed Receiver
Colliers International NJ, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION, : Civil Action No. 19-cv-17865 (MCA)(LDW)
AS TRUSTEE FOR THE REGISTERED :
HOLDERS OF WELLS FARGO :
COMMERCIAL MORTGAGE : *Document Electronically Filed*
SECURITIES, INC., MULTIFAMILY :
MORTGAGE PASS-THROUGH : **NOTICE OF MOTION FOR ORDER**
CERTIFICATES, SERIES 2018-SB51, *et al.,* : **APPROVING SALE OF CERTAIN**
: **PROPERTIES FREE AND CLEAR**
Plaintiffs, :
:
vs. : **ORAL ARGUMENT REQUESTED**
:
LENOX TEMPLE LLC; LENOX LIBERTY :
LLC; LENOX HUDSON LLC; : **Motion Day: March 15, 2021**
HACKENSACK NORSE LLC; *et al.,* :
:
Defendants. :
---------------------------------------------------- x ----------------------------------------------------
JLS EQUITIES, LLC A NEW YORK : Civil Action No. 19-cv-17615 (MCA)(LDW)
LIMITED LIABILITY COMPANY., :
:
Plaintiff, :
:
vs. :
:
LENOX HUDSON, LLC; LENOX TEMPLE, :
LLC; *et al.,* :
:
Defendants. :
---------------------------------------------------------- x ----------------------------------------------------

1

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that, on March 15, 2021, or as soon thereafter as counsel may be heard, the undersigned counsel for Colliers International NJ LLC, the Court-appointed Receiver for the properties that are subject of the referenced actions (the "Receiver"), shall move before the Honorable Madeline Cox Arleo, U.S.D.J., District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order approving Receiver's sale of the properties owned by Defendants Lenox Temple LLC, Lenox Liberty LLC, Lenox Hudson LLC, and Hackensack Norse LLC, free and clear of all prior encumbrances, liens, rights, and interest, approving the Receiver's disbursement of proceeds from the sale, and for related relief, pursuant to the prior Orders of this Court and Fed. R. Civ. P. 66.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Receiver shall rely on the accompanying Declarations of Richard Madison and Jaimee Katz Sussner, Esq., with accompanying exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Receiver's Motion is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), the Receiver hereby request oral argument.

        Respectfully submitted,

        s/ Jaimee Katz Sussner
        JAIMEE KATZ SUSSNER

        *Attorneys for Court-Appointed Receiver Colliers International NJ LLC*

Dated: February 19, 2021

# SERVICE LIST

1. Lenox Temple LLC, Lenox Liberty LLC, Lenox Hudson LLC, and Hackensack Norse LLC *(By First Class Mail)*
   c/o Mr. Seth Levine
   636 South Forest Drive
   Teaneck, New Jersey 07666

2. Lenox Temple LLC, Lenox Liberty LLC, Lenox Hudson LLC, and Hackensack Norse LLC *(By ECF)*
   c/o Gene Wurzel Rosen, Esq.
   200 Garden City Plaza, Suite 405
   Garden City, NY 11530

3. Seth Levine *(By E-Mail)*
   c/o Jacob Kaplan, Esq.
   Brafman & Associates, P.C.
   767 Third Avenue, 26th Floor
   New York, New York 10017

4. U.S. Bank National Association, as Trustee, and SBL NJ Noteholder LLC
   c/o Amy Hatch, Esq. *(By ECF)*
   Polsinelli PC
   600 Third Avenue, 42nd Floor
   New York, New York 10016

5. Borough of Little Ferry Tax Collector *(By First Class Mail)*
   Attention: Frank Berardo, Tax Collector
   215-217 Liberty Avenue
   Little Ferry, New Jersey 07643

6. Bureau of Housing Inspection *(By First Class Mail)*
   State of New Jersey
   Department of Community Affairs
   P.O. Box 800
   Trenton, New Jersey 08625-0800

7. The State of New Jersey *(By First Class Mail)*
   Office of the Attorney General
   Hughes Justice Complex
   25 W. Market St.
   P.O. Box 080
   Trenton, NJ 08625

8. U.S. Attorney's Office *(By First Class Mail)*
   Peter W. Rodino, Jr. Federal Building
   970 Broad Street, 7th Floor
   Newark, NJ 07102

9. Nicole M. Lomax *(By First Class Mail)*
   c/o Essex County Board of Social Services
   18 Rector Street, 9th Floor
   Newark, New Jersey 07102

10. New Jersey Division of Taxation *(By First Class Mail)*
    P.O. Box 245
    Trenton, New Jersey 08695-0245

11. Judah A. Zelmanovitz, Esq. *(By First Class Mail)*
    c/o Fink & Zelmanovitz P.C.
    3839 Flatlands Avenue, Suite 206
    Brooklyn, New York 11234

12. Neil Fink, Esq. *(By First Class Mail)*
    c/o Fink & Zelmanovitz P.C.
    3839 Flatlands Avenue, Suite 206
    Brooklyn, New York 11234

13. J&J Capital Realty Associates LLC *(By ECF)*
    c/o Yan Margolin, Esq.
    Law Offices of Yan Margolin
    1 Little West 12th Street
    New York, New York 10014

14. Herbert Tepfer *(By ECF)*
    c/o Barry S. Miller, Esq.
    1211 Liberty Avenue
    Hillside, New Jersey 07205
    *Counsel for Herbert Tepfer*

15. Toledo Plumbing & Heating Inc. *(By First Class Mail)*
    c/o Bittiger Elias & Triolo P.C.
    12 Route 17 North, Suite 206
    Paramus, New Jersey 07652

16. Hutton Ventures LLC *(By ECF)*
    c/o Gerard S. Catalanello, Esq.
    Alston & Bird LLP
    90 Park Avenue
    New York, New York 10016

17. Oritani Bank *(By First Class Mail)*
    Attention: Christopher Carola, Vice President
    370 Pascack Road
    P.O. Box 1329
    Washington Township, New Jersey 13676-1329

18. Federal Home Loan Mortgage Corporation *(By First Class Mail)*
    c/o Jerry A. Cuomo, Esq.
    Landman Corsi Ballaine & Ford P.C.
    One Gateway Center, 4th Floor
    Newark, New Jersey 07102

19. JLS Equities LLC *(By ECF)*
    c/o Timothy P. Duggan, Esq.
    Stark & Stark
    P.O. Box 5315
    Princeton, New Jersey 08543

20. Larry Portal, Frank Maiorano, Gracy Weberman, Jahn Brodwin, Donald J. Noone II, Martin Goldstein, and David Metzman *(By ECF)*
    c/o Nathaniel Ari Weisbrot, Esq.
    Law Office of N. Ari Weisbrot LLC
    1099 Allessandrini Avenue
    New Milford, New Jersey 07646

21. Ascend RE Partners II, LLC *(By ECF)*
    c/o Bruce Heller Nagel, Esq.                c/o Israel J. Atkin, Esq.
    Nagel Rice, LLP                             Kasowitz, Benson, Torres & Friedman, LLP
    103 Eisenhower Parkway, Suite 201           One Gateway Center, Suite 2600
    Roseland, New Jersey 07068                  Newark, New Jersey 07102

    c/o Michael Paul Bowen, Esq. *(By E-mail)*
    Glenn Agre Bergman & Fuentes LLP
    55 Hudson Yards, 20th Fl.
    New York, New York 10001

3