Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jaimee Katz Sussner**
**Member**
**Admitted in NJ & NY**
**Direct Dial: 973-643-6281**
**Email: jsussner@sillscummis.com**

March 29, 2021

*VIA ECF*

Hon. Madeline Cox Arleo, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *U.S. Bank National Ass'n v. Englewood Funding, LLC, et al.*,
Civil Action No. 2:19-cv-17865 (the "US Bank Action")

*JLS Equities LLC v. River Funding LLC, et al.*
Civil Action No. 2:19-cv-17615 (MCA) (LDW) (the "JLS Action," and together with the US Bank Action, the "Actions")

Dear Judges Arleo and Wettre:

This firm is counsel for Colliers International NJ LLC, the Court-Appointed Receiver for the properties that are the subject of the above-referenced Actions (the "Receiver"). We respectfully submit this letter in response to Your Honor's Text Order dated March 22, 2021, in which you provided the Receiver with permission to respond to "any opposition to the Court's entering an Order of Sale providing for the escrowing of disputed funds[.]"

The fact remains that none of the interested parties object to the proposed sale transaction that is the subject of the Receiver's pending motion. As a result, the Receiver respectfully submits that the motion should be granted regardless of whether disputed funds are escrowed.

As to whether any of the sale proceeds should be escrowed, this question is governed by the by the Order Setting Forth Sales Procedures that Your Honor entered on May 29, 2020, in both the US Bank Action and the JLS Action. More specifically, paragraph 8 of the Sales Procedures order provides that "[t]o the extent any bona fide disputes with respect to the validity, extent or priority of a secured claim cannot be resolved, the Court may require the escrow of any disputed secured claim amounts[.]" Paragraph 11 of the Sales Procedures Order then provides as follows:

> If, pursuant to an Approval Order, sale proceeds are escrowed by reason of any unresolved disputes, any party claiming an interest in such escrowed proceeds shall make a motion on notice to the Parties within thirty (30) calendar days following the closing of title seeking direction from the Court regarding the distribution of escrowed funds. Any Party claiming an interest in the escrowed funds may respond to the motion in accordance with the applicable Court rules.

It appears to the Receiver that, based on the information exchanged by the interested parties both to the Court and the undersigned, there is a bona fide dispute as to the validity, extent or priority of the secured claims of certain parties, including but not limited to the mortgages of J&J Capital Realty Associates, LLC and Hutton Ventures, LLC. As a result, Sales Procedures Order dictates that the disputed funds be placed in escrow and the interested parties can engage in motion practice so the Court can determine which party is entitled to the escrowed funds.

In this regard, the Receiver is respectfully submitting herewith a revised form of Order and Judgment Approving the Receiver's Sale of Properties Free and Clear, Authorizing Distribution of Sales Proceeds, and Granting Other Related Relief, which provides in paragraph 5 for the escrowing of any disputed funds.

We thank the Court for considering this submission. Please advise if the Court has any further questions or concerns in this regard.

Respectfully Submitted,

*s/ Jaimee Katz Sussner*

Jaimee Katz Sussner

Enclosure
cc: All Counsel of Record (via ECF)
All Parties on Annexed Service List (As Indicated)

**SERVICE LIST**

1. Lenox Temple LLC, Lenox Liberty LLC, Lenox Hudson LLC, and Hackensack Norse LLC *(By First Class Mail)*
   c/o Mr. Seth Levine
   636 South Forest Drive
   Teaneck, New Jersey 07666

2. Lenox Temple LLC, Lenox Liberty LLC, Lenox Hudson LLC, and Hackensack Norse LLC *(By ECF)*
   c/o Gene Wurzel Rosen, Esq.
   200 Garden City Plaza, Suite 405
   Garden City, NY 11530

3. Seth Levine *(By Email)*
   c/o Jacob Kaplan, Esq.
   Brafman & Associates, P.C.
   767 Third Avenue, 26th Floor
   New York, New York 10017

4. U.S. Bank National Association, as Trustee, and SBL NJ Noteholder LLC
   c/o Amy Hatch, Esq. *(By ECF)*
   Polsinelli PC
   600 Third Avenue, 42nd Floor
   New York, New York 10016

5. Borough of Little Ferry Tax Collector *(By First Class Mail)*
   Attention: Frank Berardo, Tax Collector
   215-217 Liberty Avenue
   Little Ferry, New Jersey 07643

6. Bureau of Housing Inspection *(By First Class Mail)*
   State of New Jersey
   Department of Community Affairs
   P.O. Box 800
   Trenton, New Jersey 08625-0800

7. The State of New Jersey *(By First Class Mail)*
   Office of the Attorney General
   Hughes Justice Complex
   25 W. Market St.
   P.O. Box 080
   Trenton, NJ 08625

8. U.S. Attorney's Office *(By First Class Mail)*
   Peter W. Rodino, Jr. Federal Building
   970 Broad Street, 7th Floor
   Newark, NJ 07102

9. Nicole M. Lomax *(By First Class Mail)*
   c/o Essex County Board of Social Services
   18 Rector Street, 9th Floor
   Newark, New Jersey 07102

10. New Jersey Division of Taxation *(By First Class Mail)*
    P.O. Box 245
    Trenton, New Jersey 08695-0245

11. Judah A. Zelmanovitz, Esq. *(By First Class Mail)*
    c/o Fink & Zelmanovitz P.C.
    3839 Flatlands Avenue, Suite 206
    Brooklyn, New York 11234

12. Neil Fink, Esq. *(By First Class Mail)*
    c/o Fink & Zelmanovitz P.C.
    3839 Flatlands Avenue, Suite 206
    Brooklyn, New York 11234

13. J&J Capital Realty Associates LLC *(By ECF)*
    c/o Yan Margolin, Esq.
    Law Offices of Yan Margolin
    1 Little West 12th Street
    New York, New York 10014

14. Herbert Tepfer *(By ECF)*
    c/o Barry S. Miller, Esq.
    1211 Liberty Avenue
    Hillside, New Jersey 07205
    *Counsel for Herbert Tepfer*

15. Toledo Plumbing & Heating Inc. *(By First Class Mail)*
    c/o Bittiger Elias & Triolo P.C.
    12 Route 17 North, Suite 206
    Paramus, New Jersey 07652

16. Hutton Ventures LLC *(By ECF)*
    c/o Gerard S. Catalanello, Esq.
    Alston & Bird LLP
    90 Park Avenue
    New York, New York 10016

17. Oritani Bank *(By First Class Mail)*
    Attention: Christopher Carola, Vice President
    370 Pascack Road
    P.O. Box 1329
    Washington Township, New Jersey 13676-1329

18. Federal Home Loan Mortgage Corporation *(By First Class Mail)*
    c/o Jerry A. Cuomo, Esq.
    Landman Corsi Ballaine & Ford P.C.
    One Gateway Center, 4th Floor
    Newark, New Jersey 07102

19. JLS Equities LLC *(By ECF)*
    c/o Timothy P. Duggan, Esq.
    Stark & Stark
    P.O. Box 5315
    Princeton, New Jersey 08543

20. Larry Portal, Frank Maiorano, Gracy Weberman, Jahn Brodwin, Donald J. Noone II, Martin Goldstein, and David Metzman *(By ECF)*
    c/o Nathaniel Ari Weisbrot, Esq.
    Law Office of N. Ari Weisbrot LLC
    1099 Allessandrini Avenue
    New Milford, New Jersey 07646

21. Ascend RE Partners II, LLC *(By ECF)*
    c/o Bruce Heller Nagel, Esq.
    Nagel Rice, LLP
    103 Eisenhower Parkway, Suite 201
    Roseland, New Jersey 07068

    c/o Israel J. Atkin, Esq.
    Kasowitz, Benson, Torres & Friedman, LLP
    One Gateway Center, Suite 2600
    Newark, New Jersey 07102

    c/o Michael Paul Bowen, Esq. *(By Email)*
    Glenn Agre Bergman & Fuentes LLP
    55 Hudson Yards, 20th Fl.
    New York, New York 10001