# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Jaimee Katz Sussner**
**Member**
**Direct Dial: 973-643-6281**
**Email: jsussner@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 9, 2021

**Via ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Three Line NJ-1, LLC v. Levine, et al.*
           Civil Action No. 19-cv-17421-MCA-LDW (the "Three Line Action")

           *JLS Equities LLC v. River Funding LLC, et al.*
           Civil Action No. 19-cv-17615-MCA-LDW (the "JLS Action")

           *U.S. Bank National Ass'n, et al. v. Englewood Funding, LLC, et al.*
           Civil Action No. 19-cv-17865-MCA-LDW (the "US Bank Action")

           *Wells Fargo Bank, National Association v. Levine, et al.*
           Civil Action No. 19-cv-17866-MCA-LDW   (the "Wells Action")

           *Privcap Funding LLC v. Levine, et al.*
           Civil Action No. 19-cv-18122-MCA-LDW (the "Privcap Action")

           *Conventus LLC v. Levine, et al.*
           Civil Action No. 19-cv-18137-MCA-LDW (the "Conventus Action")

           *Portal v. Levine, et al.*
           Civil Action No. 2:19-cv-19611-MCA-LDW (the "Portal Action")

**Sills Cummis & Gross**
A Professional Corporation

Hon. Leda Dunn Wettre, U.S.M.J.
September 9, 2021
Page 2

Dear Judge Wettre:

This firm represents Colliers International NJ LLC, the Court-Appointed Receiver (the "Receiver" or "Colliers") for the properties that are the subject of the actions listed above (collectively, the "Actions").

As an initial matter, and for ease of reference, the following submissions are awaiting action from the Court in connection with these matters:

1. On June 25, 2021, the Receiver moved in the US Bank Action for an Order Authorizing the Sale of the property located at 301, 401, and 501 Browning Lane, Brooklawn, New Jersey (the "Brooklawn Norse Property"), free and clear of all liens, claims, and encumbrances (ECF #165). That motion was returnable on July 19, 2021, and was unopposed. To facilitate the completion of the sale, the Receiver respectfully requests its motion to sell the Brooklawn Norse Property be granted as unopposed.

2. On August 13, 2021, the Receiver moved in the Wells Action and US Bank Action for an Order Authorizing the Sale of the properties located at 337-339 Washington Street, Perth Amboy, New Jersey and 359-361 Gordon Street a/k/a 197-199 Grant Street, Perth Amboy, New Jersey (together the "Perth Amboy Properties") free and clear of all liens, claims, and encumbrances (US Bank Action, ECF #198; Wells Action, ECF #188). Those motions were returnable on September 7, 2021, and were unopposed. To facilitate the completion of the sale, the Receiver respectfully requests its motions to sell the Perth Amboy Properties be granted as unopposed.

3. Counsel for the plaintiff in the Wells Action has advised us that it has completed foreclosure proceedings in the New Jersey Superior Court for the property located 165 Quincy Ave., Kearny, New Jersey, which was previously owned by defendant Kearny Norse LLC (the "Kearny Norse Property"). Accordingly, the plaintiff and Receiver agree that the Receiver should be discharged as to that asset, and have jointly submitted proposed Consent Order Discharging Receiver as to the Kearny Norse Property only (Wells Action, ECF #186-1).

4. On July 26, 2021, in the Wells Action, the Court entered an Order Approving the Receiver's Sale of the property located at 125 6th Avenue, Clifton, New Jersey (the "Aljo Norse Property"), free and clear of all liens, claims, and encumbrances (ECF# 184). Upon review, it appears the Aljo Norse Sale Order is missing the first page of Exhibit C, the Schedule of Liens, Claims, and Encumbrances to be discharged and deemed of no further force and effect as to the Aljo Norse Property. As a result, on August 5, 2021, the Receiver requested the entry of an amended Order identifying the first page of Exhibit C, which can be found at ECF# 186.

Sills Cummis & Gross
A Professional Corporation

Hon. Leda Dunn Wettre, U.S.M.J.
September 9, 2021
Page 3

      In accordance with Your Honor's text order in the Actions, below is an update with regard to properties that remain in the receivership estate for which (i) the Receiver or third-party broker Gebroe Hammer Associates has consummated a listing agreement with the plaintiff / mortgagee since the most recent status conference, or (ii) the plaintiff / mortgagee has elected to proceed with its State Court foreclosure remedies, and to acquire or transfer title through that process.[1]

| Action | Title Holder | Property Address | Status of Listing Agreement/ Foreclosure Sale |
|---|---|---|---|
| U.S. Bank Action | 137-139 Third Norse, LLC | 137-139 Third Street, Passaic, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| U.S. Bank Action / Portal Action | 2680 Kennedy Ventures LLC | 2680 JFK Blvd., Jersey City, NJ | Gebroe Hammer is actively marketing this property for sale. |
| Wells Action/ Portal Action | 2917 Palisade Ventures LLC | 2817 Palisade Avenue, Union City, NJ | Property sold at sheriff's sale on June 24, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |
| Privcap Action | 4318 Kennedy Partners, LLC | 4318 Kennedy Boulevard, Union City, NJ | The Receiver is actively marketing this property for sale; Plaintiff has obtained final judgment in its State Court foreclosure action, but a sheriff's sale has not been scheduled. |
| Privcap Action | Amboy LP Ventures, LLC | 285 Bertrand Avenue, Perth Amboy, NJ | The Receiver is actively marketing this property for sale; Plaintiff has obtained final judgment in its State Court foreclosure action, but a sheriff's sale has not been scheduled. |

---

[1] This list does not include properties that (a) have been sold by the Receiver and/or Gebroe Hammer, (b) are the subject of a letter of intent or purchase and sale agreement, or (c) were the subject of the Conventus Action, and have been sold or transferred to a State-Court receiver.

Sills Cummis & Gross
A Professional Corporation

Hon. Leda Dunn Wettre, U.S.M.J.
September 9, 2021
Page 4

| | | | |
|---|---|---|---|
| U.S. Bank Action | Bayonne Broadway Norse LLC | 301 Broadway, Bayonne, NJ | Gebroe Hammer is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| Three Line Action | Bentley Norse Limited Liability Company | 9 Bentley Avenue, Jersey City, NJ | Gebroe Hammer is actively marketing this property for sale; Plaintiff has obtained final judgment in its State Court foreclosure action, but a sheriff's sale has not been scheduled. |
| Wells Action | Clementon Norse LLC | 222 White Horse Pike, Clementon, NJ | Property sold at special master's sale in Plaintiff's State Court foreclosure action on May 26, 2021; State Court approved special master's sale on July 9, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |
| U.S. Bank Action/ Portal Action | Clifton DL Ventures LLC | 190 Ackerman Avenue, Clifton, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| U.S. Bank Action/ Portal Action | Clifton DL Ventures LLC | 286 and 288 Parker Avenue, Clifton, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| U.S. Bank Action/ Portal Action | Clifton DL Ventures LLC | 77 Randolph Avenue, Clifton, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| U.S. Bank Action/ Portal Action | Englewood Funding, LLC | 191 First Street, Englewood, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |

Sills Cummis & Gross
A Professional Corporation

Hon. Leda Dunn Wettre, U.S.M.J.
September 9, 2021
Page 5

| | | | |
|---|---|---|---|
| U.S. Bank Action | FLR Ventures LLC | 159 Fort Lee Road, Teaneck, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| Wells Action | Lenox Beachway LLC | 544 Beachway Avenue, Keansburg, NJ | A sheriff's sale of this property is presently scheduled for September 20, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property after the sheriff's sale. |
| Privcap Action | North Bergen Ventures, LLC | 1114 7th Street, North Bergen, NJ | Plaintiff and the Receiver are negotiating terms of listing agreement; Plaintiff has obtained final judgment in its State Court foreclosure action; Plaintiff is negotiating a deed-in-lieu of foreclosure. |
| U.S. Bank Action | Passaic Norse LLC | 60-62 Dayton Avenue, Passaic, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| U.S. Bank Action | Passaic Norse LLC | 15 Hobart Street, Passaic, NJ | The Receiver is actively marketing this property for sale; final judgment not yet entered in Plaintiff's State Court foreclosure action. |
| Privcap Action | Pavilion Norse, LLC | 112 North Pavilion Avenue, Riverside, NJ | The Receiver is actively marketing this property for sale; Plaintiff has obtained final judgment in State Court foreclosure action, but sheriff's sale has not been scheduled. |
| Three Line Action | PA Watson Ventures, LLC | 314-320 Watson Avenue, Perth Amboy, NJ | The Receiver is actively marketing this property for sale; Plaintiff has obtained final judgment in State Court foreclosure action, but sheriff's sale has not been scheduled. |

Sills Cummis & Gross
A Professional Corporation

Hon. Leda Dunn Wettre, U.S.M.J.
September 9, 2021
Page 6

| Privcap Action | Perth LP Ventures, LLC | 299 New Brunswick Avenue, Perth Amboy, NJ | The Receiver is actively marketing this property for sale; Plaintiff obtained final judgment in State Court foreclosure action, but a sheriff's sale has not been scheduled. |
|---|---|---|---|
| U.S. Bank Action / Portal Action | Perth NB Ventures LLC | 352-354 New Brunswick Avenue, Perth Amboy, NJ | The Receiver is actively marketing this property for sale; Plaintiff obtained final judgment in State Court foreclosure action, but sheriff's sale has not been scheduled. |
| U.S. Bank Action / Portal Action | Post Avenue Ventures, LLC | 77 Hope Avenue, Passaic, NJ | The Receiver is actively marketing this property for sale; Plaintiff obtained final judgment in State Court foreclosure action, but sheriff's sale has not been scheduled. |
| Wells Action | Prospect Norse LLC | 200 East Maple Avenue, Merchantville, NJ | Property sold at special master's sale in Plaintiff's State Court foreclosure action on May 26, 2021; State Court approved special master's sale on July 9, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |
| U.S. Bank Action / Portal Action | Sussex Norse, LLC | 514-516 Kennedy Boulevard, Bayonne, NJ | Gebroe Hammer is actively marketing this property for sale; Plaintiff has not yet obtained final judgment in State Court foreclosure action. |
| JLS Action / Portal Action | Teaneck Plaza Ventures, LLC | 1407 Palisade Avenue, Teaneck, NJ (includes 196 The Plaza) | No listing agreement has been consummated; Plaintiff obtained final judgment in State Court foreclosure action, but a sheriff's sale has not been scheduled. |

Sills Cummis & Gross
A Professional Corporation

Hon. Leda Dunn Wettre, U.S.M.J.
September 9, 2021
Page 7

| Wells Action | Union City Funding LLC | 512 26th Street, Union City, NJ | Property sold at sheriff's sale on June 24, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |
| --- | --- | --- | --- |
| Wells Action | Union City Funding LLC | 530 28th Street, 540 28th Street, Union City, NJ | Property sold at sheriff's sale on June 24, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |
| Wells Action | Union Ventures LLC | 2911 Bergenline Avenue, Union City, NJ | Property sold at sheriff's sale on June 24, 2021; Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |
| Wells Action | Union Ventures LLC | 714 22nd Street, Union City, NJ | Property sold at sheriff's sale on June 24, 2021.  Plaintiff and the Receiver anticipate a consent order terminating the receivership as to this Property. |

Thank you for the Court's courtesies and attention to these matters.  If there is any additional information we can provide, or any other aspect of the Actions, please do not hesitate to contact the undersigned.

Respectfully submitted,

*/s/ Jaimee Katz Sussner*

Jaimee Katz Sussner

cc:   Hon. Madeline Cox Arleo, U.S.D.J.
      All Counsel of Record
      (All via ECF only)