# Nagel Rice, LLP

COUNSELLORS AT LAW

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS
BRADLEY L. RICE°

HARRY A. MARGOLIS
1928-2002

ANDREW I. PEPPER
MICHAEL J. PARAGANO°
SCOTT M. JACOBSON°
EMMA A. McELLIGOTT

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ, NY & DC BARS

September 14, 2021

**By ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *U.S. Bank National Ass'n, et al. v. Englewood Funding, LLC, et al.*,
              Civil Action No. 19-cv-17865-MCA-LDW (the "US Bank Action")

Dear Judge Wettre:

      On behalf of proposed intervenors Ascend Re Partners, LLC, Ascend Re Partners II, LLC, and DSE Family Investments VII, LLC, we submit this letter in accordance with the Court's September 9, 2021 Order to object to the appointment of a Rule 53 special master. We oppose any such appointment without affording all interested parties an opportunity to be heard and/or clarification from the Court concerning both (i) the proposed role and scope of authority of the appointee and (ii) his compensation.

                                                        Respectfully submitted,

                                                        *Bruce H. Nagel*

                                                        Bruce H. Nagel