# Sills Cummis & Gross
## A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joshua N. Howley**
**Member**
**Direct Dial:  973-643-5341**
**Email: jhowley@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 27, 2021

<u>**VIA ECF ONLY**</u>

Hon. Madeline Cox Arleo, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Wells Fargo Bank, N.A. v. Levine, et al.*
                 Civil Action No. 19-cv-17866

               *U.S. Bank Nat'l Ass'n, as Trustee v. Englewood Funding, LLC, et al.*
               Civil Action No. 19-cv-17865

Dear Judges Arleo and Wettre:

      This firm represents Colliers International NJ LLC, the Court-Appointed Receiver for the properties that are the subject of the above-referenced lawsuits (the "Receiver").  On July 23, 2021, the Receiver filed a Motion seeking an Order Authorizing the Sale of the properties located at (i) 95 Jewell St., (ii) 77 Prospect Street, (iii) 123 Pierre Ave., and (iv) 132 Jewell St. a/k/a 113-115 Banta Ave., all of which are located in Garfield, New Jersey (the "Motion").  The Motion was filed in the Wells Action (19-cv-17866) at D.E. 182, and in the US Bank Action (19-cv-17865) at D.E. 189.

      We write to advise the Court that the Motion, which was returnable on August 16, 2021, is unopposed, and respectfully request the Court grant the unopposed Motion so that the Receiver can proceed to sell the properties.

**Sills Cummis & Gross**
A Professional Corporation

Hon. Madeline Cox Arleo, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
September 27, 2021
Page 2

    We thank the Court for its attention to this matter. Please let me know if you have any questions.

    Respectfully Submitted,

    */s/ Joshua N. Howley*

    Joshua N. Howley

cc:    All counsel of record (via ECF only)