# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB51, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>ENGLEWOOD FUNDING, LLC, et al.<br><br>     Defendants. | Civil Action No.<br><br>19-17865 (MCA) (LDW)<br><br><br><br>**DECLARATION OF YOUNG YU, ESQ. PURSUANT TO ORDER APPOINTING SPECIAL MASTER** |

  **YOUNG YU, ESQ.**, of full age, hereby certifies as follows:

  1. I am an attorney at law of the State of New Jersey and of counsel with the law firm of O'Toole Scrivo, LLC. I am fully familiar with the facts set forth herein.

  2. On October 18, 2021, the Court entered an Order regarding the appointment of the Hon. Douglas K. Wolfson, J.S.C. (Ret.) as Special Master in this matter (the "Order").

  3. Pursuant to paragraph 5 of the Order, I will be assisting the Special

Master in this matter as necessary.

4.  I have familiarized myself with the issues involved in this case. As a result of my knowledge of the case, I can attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from assisting the Special Master in this matter.

5.  Moreover, I am a member in good standing of the New Jersey Bar.

I declare under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: */s/ Young Yu*
YOUNG YU

Dated: October 25, 2021