**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB51, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ENGLEWOOD FUNDING, LLC, et al.<br><br>Defendants. | Civil Action No. 19-17865 (MCA) (LDW)<br><br>**CASE MANAGEMENT ORDER OF THE SPECIAL MASTER** |
| JLS EQUITIES, LLC, A NEW YORK LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>RIVER FUNDING, LLC; LENOX HUDSON, LLC; LENOX TEMPLE, LLC; TEANECK PLAZA VENTURES, LLC; SETH LEVINE and SHIRA LEVINE<br><br>Defendants. | Civil Action No. 19-17615 (MCA) (LDW) |

**WHEREAS,** by Order (ECF No. 232) filed on October 18, 2021, the Hon. Madeline Cox Arleo, U.S.D.J. appointed the Hon. Douglas K. Wolfson, J.S.C. (Ret.) as Special Master (the "Special Master"), pursuant to Rule 53(b)(1) of the Federal Rules of Civil Procedure, to oversee the allocation of surplus funds deposited in the Court's registry following the sale of properties in

receivership in this and related actions;

**WHEREAS**, on November 11, 2021, the Special Master held a case management conference with counsel for JLS Equities, LLC, J&J Capital Realty Associates, LLC, Park National Capital Funding, LLC, Majek Investments, LLC, Hutton Ventures, LLC, Ascend Re Partners, LLC, Ascend Re Partners II, LLC, DSE Family Investments VII, LLC, and the New Jersey Department of Community Affairs, Division of Codes and Standards, Bureau of Housing Inspection (collectively, the "Participating Parties," and each a "Participating Party"),

**WHEREAS**, the Special Master has determined, based on discussions with counsel for the Participating Parties and submissions received from several of the Participating Parties, that limited discovery is appropriate;

**IT IS** on this ____ day of NOVEMBER 2021,

**ORDERED** that the Participating Parties shall provide all paper discovery within 30 days of any Participating Party's formal demand, which shall be propounded within 10 days following entry of this Order; and it is further

**ORDERED** that any Participating Party seeking to take a fact witness deposition of any other Participating Party shall provide notice thereof within 10 days following the receipt of any requested paper discovery; and it is further

**ORDERED** that all depositions shall be completed within 45 days hereof; and it is further

**ORDERED** that any discovery dispute between and among the Participating Parties may be brought to the Special Master's attention provided that a good faith attempt to confer and resolve the dispute has failed; and it is further

**ORDERED** that the Special Master shall hold a case management conference on February 1, 2022, at 11:00AM, via Zoom conference. A Zoom invitation will be provided by the Special

Master to counsel for all the Participating Parties shortly before this scheduled conference.

                                                HON. DOUGLAS K. WOLFSON, J.S.C. (Ret.)
                                                Special Master*

Dated: November 22, 2021

    *Pursuant to Fed. R. Civ. P. 53(f)(1) and (2) the parties may file objections to—or a motion to adopt or modify—the master's order, report, or recommendations with the District Judge no later than 21 days after a copy is served.

    Any party opposing the objection or motion shall file a responsive brief within 14 days thereafter. The objector or moving party may file a reply to any opposition brief within 7 days of the day such opposition was filed.