SILLS CUMMIS & GROSS P.C.
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Court-Appointed Receiver*
*Colliers International NJ, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB51, | : Civil Action No. 19-cv-17865 (MCA)(LDW) |
| and | **[PROPOSED] ORDER DIRECTING RECEIVER TO DEPOSIT SURPLUS FUNDS INTO THE TREASURY REGISTRY** |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB55, | |
| and | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB57, | |
| and | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE | |

1

COMMERCIAL MORTGAGE SECURITIES CORP. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2018-SB58,

and

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB61,

and

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP. MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB64,

and

OREC NJ, LLC,

and

THREE LINE-NJ1, LLC,

      Plaintiffs,

  v.

LENOX TEMPLE LLC, LENOX LIBERTY LLC, LENOX HUDSON LLC, HACKENSACK NORSE LLC, ENGLEWOOD FUNDING LLC, PLAINFIELD NORSE, LLC, POST AVENUE VENTURES, LLC, FLR VENTURES LLC, BROOKLAWN NORSE, LLC, PENN NORSE LLC, GARFIELD NORSE LLC, ELIZABETH NORSE LLC, SUSSEX NORSE LLC, CLIFTON FL

2

|  |  |
|---|---|
| VENTURES LLC, BAYONNE BROADWAY NORSE LLC, 137-139 THIRD NORSE LLC, PASSAIC NORSE LLC, PERTH NB VENTURES LLC, 2680 KENNEDY VENTURES LLC, FEDERAL HOME LOAN MORTGAGE CORP., and SETH LEVINE, <br><br>                      Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

---------------------------------------------------------- x ----------------------------------------------------------

|  |  |
|---|---|
| JLS EQUITIES, LLC A NEW YORK LIMITED LIABILITY COMPANY., <br><br>                      Plaintiff, <br><br>     vs. <br><br>LENOX HUDSON, LLC, LENOX TEMPLE, LLC, RIVER FUNDING, LLC, TEANECK PLAZA VENTURES, LLC, SETH LEVINE, and SHIRA LEVINE, <br><br>                      Defendants. | : Civil Action No. 19-cv-17615 (MCA)(LDW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

---------------------------------------------------------- x

## **ORDER DIRECTING DEPOSIT OF SURPLUS FUNDS**

THIS MATTER having been opened by Colliers International NJ LLC, the Court-Ordered Receiver (the "**Receiver**" or "**Colliers**") for the properties that are the subject of the above-referenced actions, by and through its undersigned attorneys, Sills Cummis & Gross P.C. ("**SCG**"), for an entry of an Order authorizing and directing Colliers to deposit surplus funds in the amount of $318.81 in connection with the property located at 107-109 Hudson Street, Hackensack, NJ 07601 (the "**107-109 Hudson St. Property**"), previously owned by Defendant Lenox Hudson LLC ("**Lenox Hudson**"), and in the amount of $6,708.78 in connection with the property located at 54-78 Temple Ave., Hackensack, NJ 07601 (the "**54-78 Temple Ave. Property**"), previously owned by Defendant Lenox Temple LLC ("**Lenox Temple**"); and

3

WHEREAS, Colliers was the Court-Appointed Receiver for the 107-109 Hudson St. Property and 54-78 Temple Ave. Property, pursuant to Orders of the Court entered (i) in *U.S. Bank National Association, as Trustee v. Lenox Temple LLC, et al.*, Civil Action No. 19-cv-17865 (the "**US Bank Action**") on September 13, 2019 (ECF # 5), and amended on December 4, 2019 (ECF # 46), and (ii) *JLS Equities, LLC v. River Funding, LLC, et al.*, Civil Action No. 19-cv-17615-MCA-LDW (the "**JLS Action**," and together with the US Bank Action, the "**Actions**") on September 12, 2019 (ECF # 7), and amended on December 4, 2019 (ECF # 52) (together, the "**Receiver Order**"); and

WHEREAS, pursuant to Orders entered in the US Bank Action (ECF #140) and the JLS Action (ECF #141) on April 7, 2021 (together, the "**Sale Order**"), the Court approved the Receiver's Motion to, *inter alia*, (i) sell the 107-109 Hudson St. Property and 54-78 Temple Ave. Property free and clear of all liens, claims and encumbrances of any Interested Parties, pursuant to the PSA between the Receiver and Buyer,[1] (ii) authorized the Receiver to distribute the net proceeds from the Sale, and (iii) authorized the Receiver to deposit any surplus proceeds with the Court; and

WHEREAS, no Interested Party has appealed the Sale Order, the Closing on the Sale of the Subject Properties was held, the Sale consummated on May 27, 2021, and title to the 107-109 Hudson St. Property and 54-78 Temple Ave. Property have been transferred to the Buyer; and

WHEREAS, pursuant to the Sale Order and PSA, the Buyer has assumed all responsibilities and liabilities for the ownership and operation of the Subject Properties following the Closing; and

---

[1] Unless otherwise indicated, all defined terms shall have the meaning ascribed to them in the Sale Order.

4

WHEREAS, on July 6, 2021, the Court approved and entered a Consent Order directing the Receiver to, *inter alia,* submit its final accounting for review and approval by this Court for the 107-109 Hudson St. Property and 54-78 Temple Ave. Property (the "Consent Order") (ECF # 169); and

WHEREAS, on August 6, 2021, the Receiver submitted its final accountings for, *inter alia*, the 107-109 Hudson St. Property and 54-78 Temple Ave. Property (the "Final Accounting") (ECF # 195)[2]; and

WHEREAS, no Interested Parties filed objections to the Final Accounting, and, by virtue of the Sale Order and the Consent Order, Colliers has been discharged as the Receiver with respect to Subject Properties, only; and

WHEREAS, following Colliers' discharge as the Receiver for the Subject Properties, it received (i) a refund check for the 107-109 Hudson St. Property from PSE&G for prior utility payments in the amount of $318.81 (the "107-109 Hudson St. Refund"),[3] and (ii) refund checks for the 54-78 Temple Ave. Property from PSE&G for prior utility payments in the amounts of $14.89 and $4,280.80, and from Waste Management for prior vendor fees in the amount of $2,413.09 (the "54-78 Temple Ave. Refund")[4]; and

---

[2] The Court entered an identical version of the Consent Order, dated December 9, 2021 in the JLS Action (ECF # 165). Aside from the deposit of the additional surplus funds identified herein, Colliers, having already submitted the Final Accounting, is recognized as discharged for the Subject Properties, only.

[3] The 107-109 Hudson St. Refund check, originally payable to Colliers in its capacity as Receiver, was deposited by Colliers and re-issued to the United States District Court Clerk for deposit in the Court's Registry. Copies of the original 107-109 Hudson St. Refund check, and the corresponding check issued from Colliers to the USDC Clerk's Office, is attached hereto as Exhibit A.

[4] The 54-78 Temple Ave. Refund checks, originally payable to Colliers in its capacity as Receiver, were deposited by Colliers and re-issued to the United States District Court Clerk in a single check for deposit in the Court's Registry. Copies of the original 54-78 Temple Ave. Refund checks, and the corresponding check issued from Colliers to the USDC Clerk's Office, is attached hereto as Exhibit B.

5

WHEREAS, Colliers seeks to deposit the 107-109 Hudson St. Refund and 54-78 Temple Ave. Refund as surplus with the District Court of New Jersey's Treasury Registry

**IT IS**, on this _12_ day of _Jan_____, 2022, **ORDERED** that:

1. In accordance with Paragraph 12 of the Sales Procedure Order, Paragraph 5 of the Sale Order, Paragraph 1 of the Consent Order, and pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1, the Receiver shall submit, and the Clerk of Court shall deposit into the non-interest bearing Court Registry, the 107-109 Hudson St. Refund totaling $318.81 and the 54-78 Temple Ave. Refund totaling $6,708.78, which amounts shall be distributed by the Court upon application of any Interested Party, in accordance with the amount and priority of the parties' liens and encumbrances upon each of the Subject Properties.

2. A copy of this Order shall be served upon all parties to the Actions and all Interested Parties within seven days of the date hereof.

_____
HON. MADELINE COX ARLEO, U.S.D.J.

# Exhibit A

**PSE&G**
Public Service Electric and Gas Company
P. O. BOX 330
NEWARK, NJ 07101

Page 1 of 1
DATE 08/09/2021

---

FOR SECURITY PURPOSES, THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK

**PSE&G**
Public Service Electric and Gas Company
P. O. BOX 330
NEWARK, NJ 07101

The Bank of New York (Delaware)
Newark, Delaware
CUSTOMER REFUND ACCOUNT
PURPOSE OF REFUND: A
ACCOUNT NUMBER:

N

0009901502296
62-35/311

DATE: 08/09/2021
NET AMOUNT: $******318.81

PAY EXACTLY Three Hundred Eighteen And 81/100 Dollars

TO THE ORDER OF
LENOX HUDSON LLC
COLLIERS INTERNATIONAL NJ LLC
300 INTERPACE PARKWAY BLDG C FL
PARSIPPANY, NJ 07054

39

AUTHORIZED SIGNATURE

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING MP

Lenox Hudson
d/b/a Colliers REMS US LLC, as Receiver
2550 West Tyvola Rd., Suite 300
Charlotte, NC 28217

364

Capital One
U.S. Bank National Ass'n v.
Englewood Funding, LLC, et al.
Civil Action No. 19-cv-17865
(MCA) (LDW)

TO THE
ORDER OF

***** THREE HUNDRED EIGHTEEN AND 81/100 DOLLARS

CLERK -USDC
UNITED STATES DISTRICT COURT
50 WALNUT STREET ROOM 4015
NEWARK, NJ 07102

09/15/2021          $318.81******

# Exhibit B

**PSE&G**
Public Service Electric and Gas Company
P. O. BOX 330
NEWARK, NJ 07101

Page 1 of 1

DATE    08/30/2021

---

FOR SECURITY PURPOSES, THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK

**PSE&G**
Public Service Electric and Gas Company
P. O. BOX 330
NEWARK, NJ 07101

The Bank of New York (Delaware)
Newark, Delaware
CUSTOMER REFUND ACCOUNT
PURPOSE OF REFUND:   A
ACCOUNT NUMBER:            101

N

0009901508043
62-35/311

DATE            NET AMOUNT
08/30/2021      $*******14.89

PAY EXACTLY   Fourteen And 89/100 Dollars

TO THE
ORDER OF

LENOX TEMPLE
LL-A60-70TEMPLE-HACK
300 INTERPACE PARKWAY BLDG C FL
PARSIPPANY, NJ 07054

33



AUTHORIZED SIGNATURE

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING  MP

**PSE&G**
Public Service Electric and Gas Company
P. O. BOX 330
NEWARK, NJ 07101

Page 1 of 1

DATE   08/02/2021

---

FOR SECURITY PURPOSES, THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK

**PSE&G**
Public Service Electric and Gas Company
P. O. BOX 330
NEWARK, NJ 07101

The Bank of New York (Delaware)
Newark, Delaware
CUSTOMER REFUND ACCOUNT
PURPOSE OF REFUND:   A
ACCOUNT NUMBER:   (           :18

N

0009901500576
62-35/311

| DATE | NET AMOUNT |
|---|---|
| 08/02/2021 | $*****4,280.80 |

PAY EXACTLY  Four Thousand Two Hundred Eighty And 80/100 Dollars

TO THE
ORDER OF

LENOX TEMPLE
COLLIERS INTERNATIONAL NJ LLC
300 INTERPACE PARKWAY BLDG C FL
PARSIPPANY, NJ 07054

37


AUTHORIZED SIGNATURE

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING  MP



WASTE MANAGEMENT
PO BOX 3027
866-570-4702
HOUSTON, TX 77253-3027



| | |
|---|---|
| Check No. | 0015337598 |
| Check Date | 08/30/2021 |
| Check Amount | $2,413.09 |



US-001503 0001 0001 001503
LENOX TEMPLE LLC
300 INTERPACE PKWY BLDG C FL 3
PARSIPPANY NJ  07054-1100

INVOICE AND PAYMENT STATUS CAN
BE REVIEWED ONLINE AT
HTTP://WM.INVOICEINFO.COM

Page 1 of 1

| Date | Invoice No/Description | Amount | Discount | Total Due |
|---|---|---|---|---|
| 08/27/2021 | i3007<br>54 TEMPLE AVE | $2,413.09 | | $2,413.09 |

TOTAL                                                                                                              $2,413.09

PLEASE FOLD ON PERFORATION AND DETACH HERE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM



WASTE MANAGEMENT
PO BOX 3027
866-570-4702
HOUSTON, TX 77253-3027

98
August 30, 2021
70-2328/719
VOID AFTER 90 DAYS

Amount:  **Two Thousand Four Hundred Thirteen  dollars and 09 cents**

**$2,413.09**

Pay to
the
order of

LENOX TEMPLE LLC
300 INTERPACE PKWY BLDG C FL 3
PARSIPPANY NJ  07054-1100

*David J. Re[signature]*

AUTHORIZED SIGNATURE

Bank of America N.A.
Commercial Disbursement Account
Northbrook, IL 60697

Lenox Temple
d/b/a Colliers REMS US LLC, as Receiver
2550 West Tyvola Rd., Suite 300
Charlotte, NC 28217

488

Capital One
U.S. Bank National Ass'n v.
Englewood Funding, LLC, et al.
Civil Action No. 19-cv-17865
(MCA) (LDW)

TO THE
ORDER OF

**** SIX THOUSAND SEVEN HUNDRED EIGHT AND 78/100 DOLLARS

CLERK -USDC
UNITED STATES DISTRICT COURT
50 WALNUT STREET ROOM 4015
NEWARK, NJ 07102

09/15/2021        $6,708.78****