UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. Bank National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB51, et al

*Plaintiff*

v.

Lenox Temple LLC; Lenox Liberty LLC; Lenox Hudson LLC; Hackensack Norse LLC, et al

*Defendant*

Civil Action No. 2:19-cv-17865 (MCA)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____JLS Equities, LLC_____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*Paul Shur*
Signature of Attorney
Becker & Poliakoff, LLP
331 Newman Springs Rd, Suite 225
Address

Red Bank, New Jersey 07701
City/State/Zip

02/14/2022
Date

DNJ-CMECF-005 (10/2018)

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.