# Exhibit N



Herbert Tepfer <tepferlaw@gmail.com>

---

### WIRE CONFIRMATION Re: LOAN DOCS - Re: PARTICIPATION AGRMENT - Re: Temple Title

1 message

---

**Tepfer & Tepfer P.C.** <tepferlaw@gmail.com>  Tue, Jan 15, 2019 at 5:20 PM
To: Andrew Selevan <ASelevan@norseholdings.com>

PLEASE SEE ATTACHED WIRE CONFIRMATION

Thank you,

Herbert Tepfer, Esq.


Tepfer & Tepfer P.C.
4429 18th Avenue
Brooklyn, NY 11204-1202
P: 718-854-7200
F: 718-438-4947
TepferLaw@gmail.com


### FRAUD ALERT:

**Never wire transfer money based on an email request from our office without calling this office and speaking with someone personally to confirm wire information.**

---

CONFIDENTIALITY NOTICE
This electronic mail transmission is confidential and may contain privileged information. This information is intended to be read only by the individual or entity to whom it is addressed. If you are not the intended recipient, you are on notice that any review, disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete or destroy any copy of this message.


On Tue, Jan 15, 2019 at 4:53 PM Andrew Selevan <ASelevan@norseholdings.com> wrote:

> Tracking number attached
>
>
> **From:** Tepfer & Tepfer P.C. <tepferlaw@gmail.com>
> **Sent:** Tuesday, January 15, 2019 4:35 PM
> **To:** Andrew Selevan <ASelevan@NorseHoldings.com>
> **Subject:** Re: LOAN DOCS - Re: PARTICIPATION AGRMENT - Re: Temple Title
>
>
> Please send me wire info of the funds recipient (Norse ?)
>
> Also the Fed Ex tracking # of the original docs being sent today
>
>
> Thank you,
>
>
> Herbert Tepfer, Esq.

# Wire Transfer Outgoing Request

**CHASE**

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| HERBERT TEPFER | | | | |

| Account Name: | | Street Address: | | |
|---|---|---|---|---|
| TEPFER & TEPFER, P.C. ATTORNEY TRUST ACCOUNT IOLA | | 4429 18TH AVE | | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| BROOKLYN | NY | 11204-1202 | USA | 718-854-7200 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | NY | | 04/26/2017 | 05/20/2025 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Chase or Bank Issued Credit/Debit Card | CHASE | XXXXXXXXXXXX6511 | | 07/31/2021 |

Comments:

## Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 01/15/2019 | 05:06:39PM Eastern time | 01/16/2019 | Domestic |

| Debit Account #: | Debit Account Type: | Available balance: | Wire Amount (US dollars): |
|---|---|---|---|
| | IOLTA ACCOUNT | $2,954,834.25 | $739,500.00 |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Checking | Fee assessed by Analysis. |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $739,500.00 |

FX Contract Number:

## Recipient Account Information

| Account Name: |
|---|
| NORSE HOLDINGS LLC |

| Street Address: | Account Number: | | | |
|---|---|---|---|---|
| | | | | |
| | City: | State: | Zip: | Country: |

Text to Recipient:
50 MAIN STREET SUMMERVILLE NJ

## Receiving Bank Information

| Bank Name: |
|---|
| TD Bank, National Association |

| Street Address: | Bank ABA/SWIFT Code: | | | |
|---|---|---|---|---|
| 247 S WHITE HORSE PIKE | | | | |
| | City: | State: | Zip: | Country: |
| | BERLIN | NJ | 08009 | USA |

| Intermediary Bank Name: |
|---|
| |

| Street Address: | Intermediary Bank ABA: | | | |
|---|---|---|---|---|
| | | | | |
| | City: | State: | Zip: | Country: |

Text to Receiving Bank: