# Exhibit P

# TEPFER & TEPFER P.C.
### COUNSELORS AT LAW

HERBERT TEPFER, ESQ.
JOSEPH TEPFER, ESQ.

4429 18th AVENUE
BROOKLYN, NY 11204-1202

PHONE: 718-854-7200
FAX: 718-438-4947
TEPFERLAW@GMAIL.COM

## ESCROW LETTER

January 1(, 2019

VIA: EMAIL: aselevan@norseholdings.com
Andrew Selevan, Esq.
Norse Holdings
210 River Street, Suite 12
Hackensack, NJ 07601
Tel: (201) 904-0097
aselevan@norseholdings.com

RE: **TEANECK PLAZA VENTURES LLC, as to PARCEL 1**
**PARCEL 1: 1407 PALISADE AVE, TEANECK, NJ 07666**
**LENOX TEMPLE LLC, as to PARCEL 2**
**PARCEL 2: 54-78 TEMPLE AVE, HACKENSACK, NJ 07601**

Dear Sir / Madam,

This letter confirms that the undersigned will hold the duly executed Mortgage, Assignment(s) of Shares, Renunciation(s) and Resignation(s) from SETH LEVINE regarding **TEANECK PLAZA VENTURES LLC, as to PARCEL 1** and **LENOX TEMPLE LLC, as to PARCEL 2**; pending compliance with regular timely payments called for under the Mortgage Note and other terms and conditions set forth in the Note and Mortgage.

In the event of a default in regular monthly payments or in any of the other terms and conditions set forth, then upon 60 days written notice with opportunity to cure, the escrow agent may release from escrow the Assignment(s) of Shares, Renunciation(s) and Resignation(s) to the Lender.

Thereupon the Lender shall be deemed as the owner of all right, title and interest in the member shares of the LLC with the full authorization to market and sell the premises.

The net proceeds of such sale after payment of all expenses related thereto shall go towards payment of the principal and interest due under the terms of Note and Mortgage with the balance, if any, to be paid to Borrower.

Very truly yours,

Herbert Tepfer, Esq.
HT/dd

Consented and agreed to by;

_____
TEANECK PLAZA VENTURES LLC, as to PARCEL 1
BY: SETH LEVINE

_____
LENOX TEMPLE LLC, as to PARCEL 2
BY: SETH LEVINE