# Exhibit Q



January 01, 2019 through January 31, 2019

Account Number:

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | Remote Online Deposit            1 | 3,416.66 |
| 01/08 | Deposit       1770598876 | 2,500.00 |
| 01/09 | Deposit       1770598878 | 3,250.00 |
| 01/09 | Quickpay With Zelle Payment From Lawrence Plaza Associates LLC 7831943264 | 1,191.67 |
| 01/10 | Remote Online Deposit            1 | 14,900.00 |
| 01/10 | Remote Online Deposit            1 | 10,754.17 |
| 01/14 | Remote Online Deposit            1 | 18,508.33 |
| 01/15 | Remote Online Deposit            1 | 5,350.00 |
| 01/15 | Transfer From Chk Xxxxxx9230 | 4,604.17 |
| 01/15 | JPMorgan Chase   Auth Crdt  7846109438       CCD ID: 9200502233 | 0.32 |
| 01/15 | JPMorgan Chase   Auth Crdt  7846109439       CCD ID: 9200502233 | 0.06 |
| 01/16 | Transfer From Chk Xxxxxx2075 | 5,416.00 |
| 01/17 | Deposit       1836221170 | 4,333.33 |
| 01/17 | Quickpay With Zelle Payment From Chayim Gross 7855739021 | 1,589.37 |
| 01/18 | Deposit       1776480533 | 400,000.00 |
| 01/18 | Remote Online Deposit            1 | 20,000.00 |
| 01/18 | Remote Online Deposit            1 | 9,200.00 |
| 01/18 | Deposit       1838580919 | 2,500.00 |
| 01/18 | Transfer From Chk Xxxxxx2701 | 4,083.00 |
| 01/22 | Remote Online Deposit            1 | 18,044.43 |
| 01/22 | Remote Online Deposit            1 | 3,725.00 |
| 01/22 | Quickpay With Zelle Payment From Binyamin I Tepfer 7868614460 | 1,950.00 |
| 01/23 | Deposit       1829130403 | 312,366.01 |
| 01/25 | Deposit       1787353406 | 3,700.00 |
| 01/25 | Remote Online Deposit            1 | 758.33 |
| 01/28 | Remote Online Deposit            1 | 3,227.83 |
| 01/30 | Remote Online Deposit            1 | 3,867.50 |
| 01/31 | Book Transfer Credit B/O: Eli S Fixler Esquire Attorney Trustbrooklyn, NY 11230 Ref:/Bnf/1483 East 37 Trn: 5141400031Es | 50,000.00 |

**Total Deposits and Additions**                                                                                     **$1,120,224.29**

Handwritten annotations: "Loose 15,244 43", "loose 15,244 43 +325", "Loose 15,244 43", "× 2800", "18,044 43", "unrelated"

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6639  ^ |  | 01/04 | $1,250.00 |
| 6651  * ^ |  | 01/10 | 2,062.50 |
| 6672  * ^ |  | 01/14 | 500.00 |
| 6673  ^ |  | 01/10 | 4,833.33 |
| 6674  ^ |  | 01/07 | 4,000.00 |
| 6675  ^ | 01/03 | 01/03 | 5,000.00 |
| 6676  ^ |  | 01/07 | 1,000.00 |
| 6677  ^ |  | 01/04 | 600.00 |
| 6678  ^ |  | 01/07 | 3,333.33 |
| 6679  ^ |  | 01/10 | 2,500.00 |
| 6680  ^ |  | 01/22 | 180.00 |
| 6688  * ^ |  | 01/18 | 2,800.00 |
| 6689  ^ |  | 01/15 | 2,750.00 |
| 6690  ^ |  | 01/14 | 7,000.00 |
| 6691  ^ |  | 01/14 | 800.00 |
| 6692  ^ |  | 01/15 | 1,000.00 |



March 01, 2019 through March 29, 2019
Account Number:

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Remote Online Deposit       1 | $3,250.00 |
| 03/01 | Remote Online Deposit       1 | 1,500.00 |
| 03/01 | Remote Online Deposit       1 | 1,394.30 |
| 03/04 | Remote Online Deposit       1 | 75,985.41 |
| 03/04 | Remote Online Deposit       1 | 5,900.00 |
| 03/04 | Remote Online Deposit       1 | 1,916.66 |
| 03/05 | Deposit    1847470858 | 5,000.00 |
| 03/05 | 1099-Misc Credit For Delayed/Cancelled Wire Transfer(S) – Correction 9020230 | 1.59 |
| 03/06 | Remote Online Deposit       1 | 14,900.00 |
| 03/06 | Remote Online Deposit       1 | 1,354.16 |
| 03/06 | Remote Online Deposit       1 | 1,354.16 |
| 03/07 | Remote Online Deposit       1 | 3,134.00 |
| 03/07 | Online Transfer From Chk ...9716 Transaction#: 8009325110 | 8,016.66 |
| 03/07 | Online Transfer From Chk ...9716 Transaction#: 8009339635 | 4,447.21 |
| 03/08 | Remote Online Deposit       1 | 5,000.00 |
| 03/08 | Quickpay With Zelle Payment From Lawrence Plaza Associates LLC 8014668928 | 1,191.67 |
| 03/11 | Deposit    1851143110 | 23,000.00 |
| 03/11 | Remote Online Deposit       1 | 10,000.00 |
| 03/11 | Deposit    1847078637 | 7,500.00 |
| 03/11 | Remote Online Deposit       1 | 5,350.00 |
| 03/12 | Deposit    1847078638 | 7,750.00 |
| 03/12 | Remote Online Deposit       1 | 2,112.50 |
| 03/12 | Remote Online Deposit       1 | 1,083.33 |
| 03/13 | Remote Online Deposit       1 | 11,000.00 |
| 03/13 | Remote Online Deposit       1 | 4,200.00 |
| 03/13 | Deposit    1847078639 | 2,708.32 |
| 03/13 | Remote Online Deposit       1 | 2,100.00 |
| 03/13 | Quickpay With Zelle Payment From 82 Shuart Rd LLC 8028069934 | 4,083.00 |
| 03/14 | Remote Online Deposit       1 | 13,000.00 |
| 03/14 | Remote Online Deposit       1 | 6,000.00 |
| 03/15 | Remote Online Deposit       1 | 5,350.00 |
| 03/18 | Remote Online Deposit       1 | 18,508.33 |
| 03/18 | Remote Online Deposit       1 | 2,500.00 |
| 03/18 | Transfer From Chk Xxxxxx2075 | 5,416.00 |
| 03/19 | Deposit    1845177752 | 3,450.00 |
| 03/19 | Deposit    1859354534 | 3,250.00 |
| 03/20 | Book Transfer Credit B/O: Taanig Inc Brooklyn, NY 112118094 Ref: Pay L Trn: 4098200079Es | 4,000.00 |
| 03/20 | Deposit    1847078642 | 4,000.00 |
| 03/22 | Deposit    1851031231 | 23,000.00 |
| 03/25 | Deposit    1847078643 | 6,249.16 |
| 03/25 | Deposit    1810652846 | 3,700.00 |
| 03/26 | Online Transfer From Chk ...9716 Transaction#: 8067873164 | 5,000.00 |
| 03/27 | Remote Online Deposit       1 | 28,166.66 |
| 03/28 | Remote Online Deposit       1 | 6,477.83 |
| 03/29 | Deposit    1858825058 | 2,500.00 |
| 03/29 | Quickpay With Zelle Payment From Re Mgmt 1 Corp. 8078586374 | 1,580.00 |
| **Total Deposits and Additions** | | **$357,380.95** |

*Handwritten annotations in right margin:* A) Levine / 11250 / 8166 66 / 8750 / 28166 02



February 01, 2019 through February 28, 2019
Account Number: ███████████

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | Remote Online Deposit                1 | 6,204.17 |
| 02/12 | Remote Online Deposit                1 | 3,250.00 |
| 02/12 | Remote Online Deposit                1 | 1,750.00 |
| 02/12 | Online Transfer From Chk ...9716 Transaction#: 7933834921 | 5,308.33 |
| 02/13 | Remote Online Deposit                1 | 18,508.33 |
| 02/13 | Remote Online Deposit                1 | 9,200.00 |
| 02/13 | Quickpay With Zelle Payment From Lawrence Plaza Associates LLC 7935987536 | 1,191.67 |
| 02/14 | Remote Online Deposit                1 | 32,161.09 |
| 02/14 | Remote Online Deposit                1 | 7,000.00 |
| 02/15 | Remote Online Deposit                1 | 20,850.00 |
| 02/15 | Deposit        1016690850 | 3,450.00 |
| 02/19 | Remote Online Deposit                1 | 6,634.00 |
| 02/19 | Remote Online Deposit                1 | 1,350.00 |
| 02/19 | Transfer From Chk Xxxxxx2075 | 5,416.00 |
| 02/19 | Quickpay With Zelle Payment From 82 Shuart Rd LLC 7955060641 | 4,083.00 |
| 02/22 | Remote Online Deposit                1 | 3,725.00 |
| 02/25 | Remote Online Deposit                1 | 758.33 |
| 02/25 | Quickpay With Zelle Payment From Re Mgmt 1 Corp. 7970517233 | 1,580.00 |
| 02/26 | Deposit        1770598882 | 2,800.00 |
| 02/28 | Remote Online Deposit                1 | 1,982.00 |
| 02/28 | Remote Online Deposit                1 | 1,245.83 |
| **Total Deposits and Additions** | | **$319,815.64** |

Handwritten annotations next to 02/14 entry: "15294 62 + 8750 - 8166 62" and right margin: "All levied / +15294 63 / + 8750 / + 8166 46 / 32161 09"

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6652 ^ | | 02/27 | $1,604.16 |
| 6684 *^ | | 02/22 | 1,500.00 |
| 6694 *^ | | 02/13 | 2,750.00 |
| 6714 *^ | | 02/04 | 2,020.83 |
| 6715 ^ | | 02/13 | 2,062.50 |
| 6717 *^ | | 02/13 | 916.67 |
| 6719 *^ | | 02/22 | 1,500.00 |
| 6728 *^ | | 02/08 | 750.00 |
| 6735 *^ | | 02/05 | 1,041.00 |
| 6742 *^ | | 02/01 | 600.00 |
| 6743 ^ | | 02/07 | 100.00 |
| 6747 *^ | | 02/08 | 5,525.29 |
| 6748 ^ | 02/06 | 02/06 | 5,000.00 |
| 6750 *^ | 02/06 | 02/06 | 2,000.00 |
| 6751 ^ | | 02/11 | 4,000.00 |
| 6752 ^ | | 02/19 | 180.00 |
| 6753 ^ | | 02/08 | 600.00 |
| 6754 ^ | | 02/15 | 6,000.00 |
| 6755 ^ | | 02/14 | 3,333.33 |
| 6757 *^ | | 02/12 | 8,000.00 |
| 6758 ^ | | 02/27 | 3,666.66 |
| 6759 ^ | | 02/27 | 416.66 |
| 6760 ^ | | 02/19 | 3,000.00 |
| 6761 ^ | | 02/19 | 4,750.00 |